IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 16-5042-01-CR-SW-MDH |
| Plaintiff, | 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| | NLT 5 Years and NMT 20 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NLT 5 Years or Life Supervised Release |
| **AARON SEAN FLETCHER,** | Class C Felony |
| [DOB 06/05/1985] | |
| | Restitution |
| | $100 Special Assessment |
| Defendant. | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

Beginning on an unknown date, at least as early as September 11, 2016, and continuing through October 24, 2016, said dates being approximate, in Jasper County, and elsewhere in the Western District of Missouri, **AARON SEAN FLETCHER,** the defendant, knowingly received and distributed any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contains materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL

/s/ Linda S. Jordan
FOREPERSON OF THE GRAND JURY

/s/ Ami Harshad Miller
**AMI HARSHAD MILLER** #57711       DATED:  11/02/2016
Assistant United States Attorney     Springfield, Missouri