IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 16-5042-01-CR-SW-MDH |
| | ) | |
| AARON SEAN FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT TO THE COURT

Comes now Defendant, Aaron S. Fletcher, by counsel, and submits this report to the Court, hereby withdrawing all his objections to the PSIR and augmenting his sentencing request, now asking the Court to render a sentence of 87 months in the custody of the BOP.

On June 14, 2018, Mr. Fletcher filed a sentencing memorandum requesting a variance from the USSG range. Mr. Fletcher incorporates all of these arguments to justify a sentence of 87 months.

Furthermore, in the above-referenced memorandum, Mr. Fletcher argued his objection to a 5 level enhancement pursuant to §2G2.2(b)(3)(B).

Mr. Fletcher withdraws this objection and now believes the USSG range has been properly calculated by the PSIR writer.

Respectfully submitted,

*/s/ Ian A. Lewis*
**IAN A. LEWIS, #52819**
Assistant Federal Public Defender
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
(417) 873-9022
Attorney for Defendant

June 18, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Ian A. Lewis*
**IAN A. LEWIS**